# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>IRAJ SAFAPOUR, Trustee of the Safapour Family Trust Dated February 24, 2011; MAHVASH SAFAPOUR, Trustee of the Safapour Family Trust Dated February 24, 2011; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-00187-WBS-EFB<br><br>**ORDER** |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than October 22, 2018, or a joint status report if settlement has not been finalized by that date. The Court continues the Scheduling Conference to **November 5, 2018 at 1:30 p.m.** If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order        -1-        2:18-CV-00187-WBS-EFB